**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Frank Lloyd Wright Foundation, an Arizona non-profit corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Steven W. Kroeter, an individual; Archetype Associates, Inc., a New York corporation; Archetype Associates, a New York general partnership; and Steven Fields Design Associates, a New York general partnership,<br><br>　　　　Defendants. | No. CV-08-01112-PHX-LOA<br><br>**ORDER** |

　　　　I hereby recuse myself from any further action in the above-captioned matter.

　　　　IT IS ORDERED this case be reassigned, by lot, to another judge in the District of Arizona.

　　　　IT IS FURTHER ORDERED that this matter has been reassigned by random lot to the Honorable David G. Campbell .  All future pleadings and papers submitted for filing shall bear the following complete case number:  CV-08-01112-PHX-DGC.

　　　　DATED this 20th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　*Lawrence O. Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge